Exhibit 2

Charted Claims:

Method Claims:79

| USRE43392 | ADT Smart Home Hub ("Accused Product") |
|---|---|
| 79. A method in a proxy server for performing a requested function, comprising: advertising, to a first device, a function that a second device is capable of performing as a function that the proxy server is capable of performing, | The accused product practices a method in a proxy server (e.g., the accused product) for performing a requested function (e.g., arming/disarming a security system), comprising: advertising (e.g., displaying controls of arming and disarming the security system), to a first device (e.g., mobile phone enabled with ADT+ app), a function (e.g., arming/disarming a security system) that a second device (e.g., door/window sensors, motion sensors etc.) is capable of performing as a function (e.g., arming/disarming a security system) that the proxy server (e.g., the accused product) is capable of performing.<br><br>As shown below, the accused product connected to ADT's server, controls smart devices (parts of a security system) such as door/window sensors, motion sensors etc. After setting up, the accused product can be accessed remotely via ADT+ App installed on a user's mobile phone. This enables the user to control the home security system by selecting arming or disarming option from the mobile app. When a user selects to either arm or disarm the system, the accused product receives the command via the app. After receiving the command, communicates (e.g., via Wi-Fi, Bluetooth etc.) in the background, with the smart devices, to perform a function, based on the user selection. For example, if the user selects to perform an arming function via the mobile phone, the accused product receives the command, and in the background, communicates with the sensors. The sensors thereafter start their sensing function. |



https://www.adt.com/products/smart-home-hub



# Convenience and protection in the palm of your hand

The ADT+ app lets you access your ADT Self Setup system, Nest cameras and Nest thermostats, all in one place.*

*Notifications, remote control, video streaming and video recording require working internet, Wi-Fi, a Google Account and Google Home app linked to your ADT+ app.

https://www.adt.com/adt-plus-app



**On-the-Go Control**

Arm and disarm your ADT Self Setup System and check its status from virtually anywhere.



**Live & Recorded HD Video**

Stream live video, speak to visitors with Talk and listen, and view video event history from your Nest Cams.`

*Notifications, remote control, video streaming and video recording require working internet, Wi-Fi, a Google Account and Google Home app linked to your ADT+ app.



**Smart Automation**

Turn lights on and off, lock and unlock smart locks, adjust the thermostat, open or close your garage door and more with the app.



**Custom Settings**

Receive custom alerts via email or push notification, and create custom automations for your smart devices.

https://www.adt.com/adt-plus-app

## Overview

The Smart Home Hub is the main in-home controller for your system. It communicates with your security sensors and devices and is used to arm and disarm your system. The Smart Home Hub includes a Panic feature that triggers the Panic Alarm to notify the authorities during an emergency. It also has a built-in alarm siren, battery backup, and a speaker. You may customize the Smart Home Hub's settings from the ADT+ app or by logging into plus.adt.com at any time.

**NOTE:** The Panic feature is only for professionally monitored systems. If you prefer to self-monitor, you will receive an alert but no dispatch.

**TIP:** If you are currently self-monitored, take your security to the next level with 24/7 professional monitoring backed by ADT. ADT professional monitoring ensures emergency services are dispatched whenever they are needed and gives you the peace of mind of cellular backup, which allows your hub to continue operating in the event of a power outage or network loss.

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01

# Before you get started

**Verify what's included in box:**

- **Smart Home Hub**, Model Number: S40LR1-01
- Power supply

**You will also need:**

- ADT+ app on the latest iOS or Android OS
- Wi-Fi connectivity at 2.4 GHz

## Register your Hub

1. Download the ADT+ iOS or Android app by visiting the Apple Store or Google Play Store.
2. Open the app and log in (or create your account)

# Determine ideal location:

**Your Smart Home Hub is the most essential piece of your home security system.** It requires a strong internet connection over Wi-Fi to connect to our servers and provide you with remote access to your security system from the app and web portal. The Hub should be placed in the center of your home to optimize the signal coverage area for your security sensors. The Hub requires AC power, so it needs to be close to an outlet. The top of the Hub contains a built-in keypad for arming and disarming your security system. **Do not place anything on top of your hub that could accidentally press buttons.**

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01

## Begin setting up your Smart Home Hub

1. Unpack the Smart Home Hub for your ADT Self Setup security system and plug the provided power cord into the bottom port. Plug the power cord into the closest power outlet.
2. While your Smart Home Hub is starting up, log into your ADT+ app. If you have not already done so, download the iOS or Android app. Open the app and log in with the username and temporary password that was emailed to you.
3. Follow the in-app setup guide to connect your Smart Home Hub to your home's Wi-Fi network.

   **NOTE:** Make sure your mobile device has Bluetooth set to **ON.** Your smartphone or tablet will need to pair over Bluetooth to your Smart Home Hub for setup.
4. After activating your Smart Home Hub, proceed with the in-app guide for setting up any sensors, devices, and cameras.

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01



https://www.youtube.com/watch?v=PKqNAmQIP60



https://www.youtube.com/watch?v=PKqNAmQlP60



https://www.youtube.com/watch?v=PKqNAmQlP60

## Usage

### Arming your system

ADT Self Setup security system provides a variety of options for arming and disarming your system. The Smart Home Hub includes a keypad that is built into the top of the device for convenient control. Depending on your needs, you may choose one of three different arming modes:

- **STAY:** Press the Stay button and then enter your User Code to arm in Stay Mode. Use this mode when you are at home. Entry and exit delays are on, and motion sensors are off.
- **AWAY:** Press the Away button and then enter your User Code to arm in Away Mode. Use this mode when no one is home. Entry and exit delays are on, and motion sensors are on.
- **NIGHT:** Press the Night button and then enter your User Code to arm in Night Mode. Use this mode when you are in for the night. Entry and exit delays are off, and motion sensors are off.

You can also disarm your system altogether, by pressing OFF and then entering your User Code.

> **NOTE:** By design, the exit and entry delays give you enough time to leave or enter your home without setting off a false alarm.

**TIP:** Make sure all windows and doors are closed before arming the system. You will get prompted to bypass the sensor if one is open when you try to arm the system. You can either close the door or window and try to arm again or bypass the sensor so it will not be monitored until the next time the system is armed.

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01

### Alarm type

To learn about alarm types, please see Arming Your System.

- **Stay & Away:** Sensors will be monitored in both Stay and Away modes.
- **Away Only:** Sensors will be monitored only when the system is armed Away.
- **Convenience:** Sensors can be configured to chime or create a local alarm when the sensor is triggered (this can be used for cabinets or drawers that do not require emergency assistance when opened). A motion sensor may also be used in a convenience sensor.

|  | https://help.adt.com/s/article/ADT-Self-Setup-Door-Window-Sensor-Model-Number-SSH1R0-29-S |
|---|---|

**Get peace of mind and convenience. Manage your ADT security and compatible smart home devices from virtually anywhere.\***



https://play.google.com/store/apps/details?id=com.adt.adtplus.prod&hl=en&gl=US

# ADT Self Setup- Door/Window Sensor SSH1R0-29

🕐 Jan 4, 2024 · Knowledge



**Setup**      **Usage**      **Settings**      **Troubleshooting**

## Overview

The ADT Door/Window Sensor for the ADT Self Setup security system helps protect your family by letting you know whenever your doors or windows open. It is easy to set up, and you can get instant alerts with our free ADT+ mobile app.

https://help.adt.com/s/article/ADT-Self-Setup-Door-Window-Sensor-Model-Number-SSH1R0-29-S

## Before you get started

Verify what's included in box:

- Door/Window Sensor Model Number: SSHSM1R0
- Magnet
- CR2 Battery
- Mounting hardware
- Double-sided tape

You will also need:

- Smart Home Hub for Self Setup security system
- ADT+ app on the latest iOS or Android OS
- Phillips screwdriver or a drill with a Phillips driver bit (optional)
- Power drill with drill bits for pilot holes (optional)

## Pairing

The Smart Home Hub is the controlling hub that communicates with your sensors. To pair your sensors with the hub, launch your ADT+ app or web portal. Either open ADT+ and click on the two lines in the upper left corner to access the main menu, or visit plus.adt.com and open the main menu. Select **Devices** > (**+**) **Add Device** > **Sensors** > **Door/Window Sensor** and follow the in-app setup guide to pair your sensor.

https://help.adt.com/s/article/ADT-Self-Setup-Door-Window-Sensor-Model-Number-SSH1R0-29-S

# ADT Self Setup- Motion Sensor SSM1R0-29

Jan 4, 2024 · Knowledge



**Setup**     **Usage**     **Troubleshooting**

## Overview

The ADT Motion Sensor for the Self Setup security system helps protect your family by letting you know when movement is detected inside your home. This pet-friendly motion sensor is easy to set up, and you can get instant alerts with our free mobile app.

https://help.adt.com/s/article/ADT-Self-Setup-Motion-Sensor-Model-Number-SSM1R0-29-S

## Before you get started

**Verify what's Included in box:**

- ADT Motion Sensor Model Number: SSHSM1R0
- CR123A Battery
- Mounting hardware
- Corner bracket
- Double-sided tape

**You will also need:**

- Smart Home Hub for the Self Setup security system
- ADT+ app on the latest iOS or Android OS
- Phillips screwdriver or a drill with a Phillips driver bit (optional)
- Power drill with drill bits for pilot holes (optional)

## Pairing

The Smart Home Hub is the controlling hub that communicates with your sensors. To pair your sensors with the Hub, launch your ADT+ app or web portal. Open ADT+ and click on two lines in the upper left corner to access the main menu, or at plus.adt.com, go to the home page for the main menu. Select Main Menu > **Devices** > (**+**) **Add Device** > **Sensors** > **Motion Sensor** and follow the setup guide to pair your sensor.

**NOTE:** Sensors and devices in an Self Setup security system are preconfigured so that they will already be paired to your system and can be added by simply removing the battery tab, as shown in the following steps.

https://help.adt.com/s/article/ADT-Self-Setup-Motion-Sensor-Model-Number-SSM1R0-29-S#setup

| receiving, at the proxy server, a request to perform the function from the first | The accused product practices receiving, at the proxy server (e.g., the accused product), a request (e.g., e.g., selecting arming/disarming functionality by the user) to perform the function (e.g., arming/disarming a security system) from the first device (e.g., mobile phone enabled with ADT+ app). |
|---|---|

| device, | As shown below, after setting up, the accused product connected to ADT server, can be accessed remotely via ADT+ app. When a user selects to either arm or disarm a system on a mobile phone (with ADT+ App installed on it), the accused product receives the command via the server.  |
| --- | --- |

**Convenience and protection in the palm of your hand**

The ADT+ app lets you access your ADT Self Setup system, Nest cameras and Nest thermostats, all in one place.*

*Notifications, remote control, video streaming and video recording require working internet, Wi-Fi, a Google Account and Google Home app linked to your ADT+ app.

https://www.adt.com/adt-plus-app



**On-the-Go Control**

Arm and disarm your ADT Self Setup System and check its status from virtually anywhere.



**Live & Recorded HD Video**

Stream live video, speak to visitors with Talk and listen, and view video event history from your Nest Cams.*

*Notifications, remote control, video streaming and video recording require working internet, Wi-Fi, a Google Account and Google Home app linked to your ADT+ app.



**Smart Automation**

Turn lights on and off, lock and unlock smart locks, adjust the thermostat, open or close your garage door and more with the app.



**Custom Settings**

Receive custom alerts via email or push notification, and create custom automations for your smart devices.

https://www.adt.com/adt-plus-app

## Overview

The Smart Home Hub is the main in-home controller for your system. It communicates with your security sensors and devices and is used to arm and disarm your system. The Smart Home Hub includes a Panic feature that triggers the Panic Alarm to notify the authorities during an emergency. It also has a built-in alarm siren, battery backup, and a speaker. You may customize the Smart Home Hub's settings from the ADT+ app or by logging into plus.adt.com at any time.

**NOTE:** The Panic feature is only for professionally monitored systems. If you prefer to self-monitor, you will receive an alert but no dispatch.

**TIP:** If you are currently self-monitored, take your security to the next level with 24/7 professional monitoring backed by ADT. ADT professional monitoring ensures emergency services are dispatched whenever they are needed and gives you the peace of mind of cellular backup, which allows your hub to continue operating in the event of a power outage or network loss.

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01

# Before you get started

**Verify what's included in box:**

- **Smart Home Hub**, Model Number: S40LR1-01
- Power supply

**You will also need:**

- ADT+ app on the latest iOS or Android OS
- Wi-Fi connectivity at 2.4 GHz

## Register your Hub

1. Download the ADT+ iOS or Android app by visiting the Apple Store or Google Play Store.
2. Open the app and log in (or create your account)

# Determine ideal location:

**Your Smart Home Hub is the most essential piece of your home security system.** It requires a strong internet connection over Wi-Fi to connect to our servers and provide you with remote access to your security system from the app and web portal. The Hub should be placed in the center of your home to optimize the signal coverage area for your security sensors. The Hub requires AC power, so it needs to be close to an outlet. The top of the Hub contains a built-in keypad for arming and disarming your security system. **Do not place anything on top of your hub that could accidentally press buttons.**

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01

## Begin setting up your Smart Home Hub

1. Unpack the Smart Home Hub for your ADT Self Setup security system and plug the provided power cord into the bottom port. Plug the power cord into the closest power outlet.
2. While your Smart Home Hub is starting up, log into your ADT+ app. If you have not already done so, download the iOS or Android app. Open the app and log in with the username and temporary password that was emailed to you.
3. Follow the in-app setup guide to connect your Smart Home Hub to your home's Wi-Fi network.

   **NOTE:** Make sure your mobile device has Bluetooth set to **ON.** Your smartphone or tablet will need to pair over Bluetooth to your Smart Home Hub for setup.
4. After activating your Smart Home Hub, proceed with the in-app guide for setting up any sensors, devices, and cameras.

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01



https://www.youtube.com/watch?v=PKqNAmQlP60



https://www.youtube.com/watch?v=PKqNAmQlP60



https://www.youtube.com/watch?v=PKqNAmQlP60

## Usage

### Arming your system

ADT Self Setup security provides a variety of options for arming and disarming your system. The Smart Home Hub includes a keypad that is built into the top of the device for convenient control. Depending on your needs, you may choose one of three different arming modes:

- **STAY:** Press the Stay button and then enter your User Code to arm in Stay Mode. Use this mode when you are at home. Entry and exit delays are on, and motion sensors are off.
- **AWAY:** Press the Away button and then enter your User Code to arm in Away Mode. Use this mode when no one is home. Entry and exit delays are on.
- **NIGHT:** Press the Night button and then enter your User Code to arm in Night Mode. Use this mode when you are in for the night. Entry and exit delays are off, and motion sensors are off.

You can also disarm your system altogether, by pressing OFF and then entering your User Code.

> **NOTE:** By design, the exit and entry delays give you enough time to leave or enter your home without setting off a false alarm.

**TIP:** Make sure all windows and doors are closed before arming the system. You will get prompted to bypass the sensor if one is open when you try to arm the system. You can either close the door or window and try to arm again or bypass the sensor so it will not be monitored until the next time the system is armed.

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01

### Alarm type

To learn about alarm types, please see Arming Your System.

- **Stay & Away:** Sensors will be monitored in both Stay and Away modes.
- **Away Only:** Sensors will be monitored only when the system is armed Away.
- **Convenience:** Sensors can be configured to chime or create a local alarm when the sensor is triggered (this can be used for cabinets or drawers that do not require emergency assistance when opened). A motion sensor may also be used in a convenience sensor.

| | https://help.adt.com/s/article/ADT-Self-Setup-Door-Window-Sensor-Model-Number-SSH1R0-29-S |
|---|---|



Get peace of mind and convenience. Manage your ADT security and compatible smart home devices from virtually anywhere.*

https://play.google.com/store/apps/details?id=com.adt.adtplus.prod&hl=en&gl=US

| in response to | The accused product practices in response to receiving, from the first device (e.g., |

| receiving, from the first device, the request to perform the function, using the proxy server to coordinate with the second device, thereby performing the function requested by the first device, and | mobile phone enabled with ADT+ app), the request (e.g., e.g., selecting arming/disarming functionality by the user) to perform the function (e.g., arming/disarming a security system), using the proxy server (e.g., the accused product) to coordinate (e.g., communicate via Wi-Fi, Bluetooth etc.) with the second device (e.g., door/window sensors, motion sensors etc.), thereby performing the function (e.g., arming/disarming a security system) requested by the first device (e.g., mobile phone enabled with ADT+ app).<br><br>As shown below, the accused product connected to ADT's server, controls smart devices (parts of a security system) such as door/window sensors, motion sensors etc. After setting up, the accused product can be accessed remotely via ADT+ App installed on a user's mobile phone. This enables the user to control the home security system by selecting arming or disarming option from the mobile app. When a user selects to either arm or disarm the system, the accused product receives the command via the app. After receiving the command, in the background, it communicates (e.g., via Wi-Fi, Bluetooth etc.) with the smart devices, to perform a function, based on the user selection. |



https://www.adt.com/products/smart-home-hub



# Convenience and protection in the palm of your hand

The ADT+ app lets you access your ADT Self Setup system, Nest cameras and Nest thermostats, all in one place.*

*Notifications, remote control, video streaming and video recording require working internet, Wi-Fi, a Google Account and Google Home app linked to your ADT+ app.

https://www.adt.com/adt-plus-app



**On-the-Go Control**

Arm and disarm your ADT Self Setup System and check its status from virtually anywhere.



**Live & Recorded HD Video**

Stream live video, speak to visitors with Talk and listen, and view video event history from your Nest Cams.*

*Notifications, remote control, video streaming and video recording require working internet, Wi-Fi, a Google Account and Google Home app linked to your ADT+ app.



**Smart Automation**

Turn lights on and off, lock and unlock smart locks, adjust the thermostat, open or close your garage door and more with the app.



**Custom Settings**

Receive custom alerts via email or push notification, and create custom automations for your smart devices.

https://www.adt.com/adt-plus-app

## Overview

The Smart Home Hub is the main in-home controller for your system. It communicates with your security sensors and devices and is used to arm and disarm your system. The Smart Home Hub includes a Panic feature that triggers the Panic Alarm to notify the authorities during an emergency. It also has a built-in alarm siren, battery backup, and a speaker. You may customize the Smart Home Hub's settings from the ADT+ app or by logging into plus.adt.com at any time.

**NOTE:** The Panic feature is only for professionally monitored systems. If you prefer to self-monitor, you will receive an alert but no dispatch.
**TIP:** If you are currently self-monitored, take your security to the next level with 24/7 professional monitoring backed by ADT. ADT professional monitoring ensures emergency services are dispatched whenever they are needed and gives you the peace of mind of cellular backup, which allows your hub to continue operating in the event of a power outage or network loss.

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01

# Before you get started

**Verify what's included in box:**

- **Smart Home Hub**, Model Number: S40LR1-01
- Power supply

**You will also need:**

- ADT+ app on the latest iOS or Android OS
- Wi-Fi connectivity at 2.4 GHz

## Register your Hub

1. Download the ADT+ iOS or Android app by visiting the Apple Store or Google Play Store.
2. Open the app and log in (or create your account)

# Determine ideal location:

**Your Smart Home Hub is the most essential piece of your home security system.** It requires a strong internet connection over Wi-Fi to connect to our servers and provide you with remote access to your security system from the app and web portal. The Hub should be placed in the center of your home to optimize the signal coverage area for your security sensors. The Hub requires AC power, so it needs to be close to an outlet. The top of the Hub contains a built-in keypad for arming and disarming your security system. **Do not place anything on top of your hub that could accidentally press buttons.**

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01

## Begin setting up your Smart Home Hub

1. Unpack the Smart Home Hub for your ADT Self Setup security system and plug the provided power cord into the bottom port. Plug the power cord into the closest power outlet.
2. While your Smart Home Hub is starting up, log into your ADT+ app. If you have not already done so, download the iOS or Android app. Open the app and log in with the username and temporary password that was emailed to you.
3. Follow the in-app setup guide to connect your Smart Home Hub to your home's Wi-Fi network.

   **NOTE:** Make sure your mobile device has Bluetooth set to **ON.** Your smartphone or tablet will need to pair over Bluetooth to your Smart Home Hub for setup.
4. After activating your Smart Home Hub, proceed with the in-app guide for setting up any sensors, devices, and cameras.

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01



https://www.youtube.com/watch?v=PKqNAmQlP60



https://www.youtube.com/watch?v=PKqNAmQlP60



https://www.youtube.com/watch?v=PKqNAmQlP60

## Usage

### Arming your system

ADT Self Setup security system provides a variety of options for arming and disarming your system. The Smart Home Hub includes a keypad that is built into the top of the device for convenient control. Depending on your needs, you may choose one of three different arming modes:

- **STAY:** Press the Stay button and then enter your User Code to arm in Stay Mode. Use this mode when you are at home. Entry and exit delays are on, and motion sensors are off.
- **AWAY:** Press the Away button and then enter your User Code to arm in Away Mode. Use this mode when no one is home. Entry and exit delays are on.
- **NIGHT:** Press the Night button and then enter your User Code to arm in Night Mode. Use this mode when you are in for the night. Entry and exit delays are off, and motion sensors are off.

You can also disarm your system altogether, by pressing OFF and then entering your User Code.

> **NOTE:** By design, the exit and entry delays give you enough time to leave or enter your home without setting off a false alarm.

**TIP:** Make sure all windows and doors are closed before arming the system. You will get prompted to bypass the sensor if one is open when you try to arm the system. You can either close the door or window and try to arm again or bypass the sensor so it will not be monitored until the next time the system is armed.

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01

### Alarm type

To learn about alarm types, please see Arming Your System.

- **Stay & Away:** Sensors will be monitored in both Stay and Away modes.
- **Away Only:** Sensors will be monitored only when the system is armed Away.
- **Convenience:** Sensors can be configured to chime or create a local alarm when the sensor is triggered (this can be used for cabinets or drawers that do not require emergency assistance when opened). A motion sensor may also be used in a convenience sensor.

| | https://help.adt.com/s/article/ADT-Self-Setup-Door-Window-Sensor-Model-Number-SSH1R0-29-S |

**Get peace of mind and convenience. Manage your ADT security and compatible smart home devices from virtually anywhere.\***



https://play.google.com/store/apps/details?id=com.adt.adtplus.prod&hl=en&gl=US

# ADT Self Setup- Door/Window Sensor SSH1R0-29

🕐 Jan 4, 2024 · Knowledge



**Setup**      **Usage**      **Settings**      **Troubleshooting**

## Overview

The ADT Door/Window Sensor for the ADT Self Setup security system helps protect your family by letting you know whenever your doors or windows open. It is easy to set up, and you can get instant alerts with our free ADT+ mobile app.

https://help.adt.com/s/article/ADT-Self-Setup-Door-Window-Sensor-Model-Number-SSH1R0-29-S

## Before you get started

Verify what's included in box:

- Door/Window Sensor Model Number: SSHSM1R0
- Magnet
- CR2 Battery
- Mounting hardware
- Double-sided tape

You will also need:

- Smart Home Hub for Self Setup security system
- ADT+ app on the latest iOS or Android OS
- Phillips screwdriver or a drill with a Phillips driver bit (optional)
- Power drill with drill bits for pilot holes (optional)

## Pairing

The Smart Home Hub is the controlling hub that communicates with your sensors. To pair your sensors with the hub, launch your ADT+ app or web portal. Either open ADT+ and click on the two lines in the upper left corner to access the main menu, or visit plus.adt.com and open the main menu. Select **Devices** > (**+**) **Add Device** > **Sensors** > **Door/Window Sensor** and follow the in-app setup guide to pair your sensor.

https://help.adt.com/s/article/ADT-Self-Setup-Door-Window-Sensor-Model-Number-SSH1R0-29-S

# ADT Self Setup- Motion Sensor SSM1R0-29

🕐 Jan 4, 2024 · Knowledge



**Setup**      **Usage**      **Troubleshooting**

## Overview

The ADT Motion Sensor for the Self Setup security system helps protect your family by letting you know when movement is detected inside your home. This pet-friendly motion sensor is easy to set up, and you can get instant alerts with our free mobile app.

https://help.adt.com/s/article/ADT-Self-Setup-Motion-Sensor-Model-Number-SSM1R0-29-S

## Before you get started

**Verify what's Included in box:**

- ADT Motion Sensor Model Number: SSHSM1R0
- CR123A Battery
- Mounting hardware
- Corner bracket
- Double-sided tape

**You will also need:**

- Smart Home Hub for the Self Setup security system
- ADT+ app on the latest iOS or Android OS
- Phillips screwdriver or a drill with a Phillips driver bit (optional)
- Power drill with drill bits for pilot holes (optional)

## Pairing

The Smart Home Hub is the controlling hub that communicates with your sensors. To pair your sensors with the Hub, launch your ADT+ app or web portal. Open ADT+ and click on two lines in the upper left corner to access the main menu, or at plus.adt.com, go to the home page for the main menu. Select Main Menu > **Devices** > (**+**) **Add Device** > **Sensors** > **Motion Sensor** and follow the setup guide to pair your sensor.

**NOTE:** Sensors and devices in an Self Setup security system are preconfigured so that they will already be paired to your system and can be added by simply removing the battery tab, as shown in the following steps.

https://help.adt.com/s/article/ADT-Self-Setup-Motion-Sensor-Model-Number-SSM1R0-29-S#setup

| | |
|---|---|
| spoofing the first device such that it appears to the first device that the proxy | The accused product practices spoofing the first device (e.g., mobile phone enabled with ADT+ app) such that it appears to the first device (e.g., mobile phone enabled with ADT+ app) that the proxy server (e.g., the accused product) performed the requested function (e.g., arming/disarming a security system). |

| | |
|---|---|
| server performed the requested function. | As shown below, after the accused product, connected to ADT server, is set up with ADT+ App (installed on a user's mobile phone), controls for arming or disarming a security system are displayed on the user's mobile phone. The user then selects to either arm or disarm the security system via the app. The accused product connected with the server then takes the command from the user. The accused product thereafter, in the background, communicates with associated smart devices such as motion sensors, entry sensors etc. using Wi-Fi, Bluetooth etc. These sensors then eventually start or stop a sensing functionality based on the user's selection. Therefore, the mobile phone is being spoofed that the function (of arming or disarming a security system) is performed by the accused product, however, the sensors are actually performing the required functionality. |



https://www.adt.com/products/smart-home-hub

# Before you get started

Verify what's included in box:

- Door/Window Sensor Model Number: SSHSM1R0
- Magnet
- CR2 Battery
- Mounting hardware
- Double-sided tape

You will also need:

- Smart Home Hub for Self Setup security system
- ADT+ app on the latest iOS or Android OS
- Phillips screwdriver or a drill with a Phillips driver bit (optional)
- Power drill with drill bits for pilot holes (optional)

# Pairing

The Smart Home Hub is the controlling hub that communicates with your sensors. To pair your sensors with the hub, launch your ADT+ app or web portal. Either open ADT+ and click on the two lines in the upper left corner to access the main menu, or visit plus.adt.com and open the main menu. Select **Devices** > (+) **Add Device** > **Sensors** > **Door/Window Sensor** and follow the in-app setup guide to pair your sensor.

https://help.adt.com/s/article/ADT-Self-Setup-Door-Window-Sensor-Model-Number-SSH1R0-29-S



# Convenience and protection in the palm of your hand

The ADT+ app lets you access your ADT Self Setup system, Nest cameras and Nest thermostats, all in one place.*

*Notifications, remote control, video streaming and video recording require working internet, Wi-Fi, a Google Account and Google Home app linked to your ADT+ app.

https://www.adt.com/adt-plus-app



**On-the-Go Control**

Arm and disarm your ADT Self Setup System and check its status from virtually anywhere.



**Live & Recorded HD Video**

Stream live video, speak to visitors with Talk and listen, and view video event history from your Nest Cams.

*Notifications, remote control, video streaming and video recording require working internet, Wi-Fi, a Google Account and Google Home app linked to your ADT+ app.



**Smart Automation**

Turn lights on and off, lock and unlock smart locks, adjust the thermostat, open or close your garage door and more with the app.



**Custom Settings**

Receive custom alerts via email or push notification, and create custom automations for your smart devices.

https://www.adt.com/adt-plus-app

## Overview

The Smart Home Hub is the main in-home controller for your system. It communicates with your security sensors and devices and is used to arm and disarm your system. The Smart Home Hub includes a Panic feature that triggers the Panic Alarm to notify the authorities during an emergency. It also has a built-in alarm siren, battery backup, and a speaker. You may customize the Smart Home Hub's settings from the ADT+ app or by logging into plus.adt.com at any time.

**NOTE:** The Panic feature is only for professionally monitored systems. If you prefer to self-monitor, you will receive an alert but no dispatch.

**TIP:** If you are currently self-monitored, take your security to the next level with 24/7 professional monitoring backed by ADT. ADT professional monitoring ensures emergency services are dispatched whenever they are needed and gives you the peace of mind of cellular backup, which allows your hub to continue operating in the event of a power outage or network loss.

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01

# Before you get started

**Verify what's included in box:**

- **Smart Home Hub**, Model Number: S40LR1-01
- Power supply

**You will also need:**

- ADT+ app on the latest iOS or Android OS
- Wi-Fi connectivity at 2.4 GHz

## Register your Hub

1. Download the ADT+ iOS or Android app by visiting the Apple Store or Google Play Store.
2. Open the app and log in (or create your account)

# Determine ideal location:

**Your Smart Home Hub is the most essential piece of your home security system.** It requires a strong internet connection over Wi-Fi to connect to our servers and provide you with remote access to your security system from the app and web portal. The Hub should be placed in the center of your home to optimize the signal coverage area for your security sensors. The Hub requires AC power, so it needs to be close to an outlet. The top of the Hub contains a built-in keypad for arming and disarming your security system. **Do not place anything on top of your hub that could accidentally press buttons.**

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01

## Begin setting up your Smart Home Hub

1. Unpack the Smart Home Hub for your ADT Self Setup security system and plug the provided power cord into the bottom port. Plug the power cord into the closest power outlet.
2. While your Smart Home Hub is starting up, log into your ADT+ app. If you have not already done so, download the iOS or Android app. Open the app and log in with the username and temporary password that was emailed to you.
3. Follow the in-app setup guide to connect your Smart Home Hub to your home's Wi-Fi network.

   **NOTE:** Make sure your mobile device has Bluetooth set to **ON.** Your smartphone or tablet will need to pair over Bluetooth to your Smart Home Hub for setup.
4. After activating your Smart Home Hub, proceed with the in-app guide for setting up any sensors, devices, and cameras.

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01



https://www.youtube.com/watch?v=PKqNAmQIP60



https://www.youtube.com/watch?v=PKqNAmQlP60



https://www.youtube.com/watch?v=PKqNAmQlP60

## Usage

### Arming your system

ADT Self Setup security provides a variety of options for arming and disarming your system. The Smart Home Hub includes a keypad that is built into the top of the device for convenient control. Depending on your needs, you may choose one of three different arming modes:

- **STAY:** Press the Stay button and then enter your User Code to arm in Stay Mode. Use this mode when you are at home. Entry and exit delays are on, and motion sensors are off.
- **AWAY:** Press the Away button and then enter your User Code to arm in Away Mode. Use this mode when no one is home. Entry and exit delays are on, and motion sensors are on.
- **NIGHT:** Press the Night button and then enter your User Code to arm in Night Mode. Use this mode when you are in for the night. Entry and exit delays are off, and motion sensors are off.

You can also disarm your system altogether, by pressing OFF and then entering your User Code.

> **NOTE:** By design, the exit and entry delays give you enough time to leave or enter your home without setting off a false alarm.

**TIP:** Make sure all windows and doors are closed before arming the system. You will get prompted to bypass the sensor if one is open when you try to arm the system. You can either close the door or window and try to arm again or bypass the sensor so it will not be monitored until the next time the system is armed.

https://help.adt.com/s/article/ADT-Self-Setup-Smart-Home-Hub-Model-Number-S40LR1-01

### Alarm type

To learn about alarm types, please see Arming Your System.

- **Stay & Away:** Sensors will be monitored in both Stay and Away modes.
- **Away Only:** Sensors will be monitored only when the system is armed Away.
- **Convenience:** Sensors can be configured to chime or create a local alarm when the sensor is triggered (this can be used for cabinets or drawers that do not require emergency assistance when opened). A motion sensor may also be used in a convenience sensor.

| | https://help.adt.com/s/article/ADT-Self-Setup-Door-Window-Sensor-Model-Number-SSH1R0-29-S |
| --- | --- |

Get peace of mind and convenience. Manage your ADT security and compatible smart home devices from virtually anywhere.*



https://play.google.com/store/apps/details?id=com.adt.adtplus.prod&hl=en&gl=US

# ADT Self Setup- Door/Window Sensor SSH1R0-29

🕐 Jan 4, 2024 · Knowledge



**Setup**      **Usage**      **Settings**      **Troubleshooting**

## Overview

The ADT Door/Window Sensor for the ADT Self Setup security system helps protect your family by letting you know whenever your doors or windows open. It is easy to set up, and you can get instant alerts with our free ADT+ mobile app.

https://help.adt.com/s/article/ADT-Self-Setup-Door-Window-Sensor-Model-Number-SSH1R0-29-S

# ADT Self Setup- Motion Sensor SSM1R0-29

Jan 4, 2024 · Knowledge



**Setup**      **Usage**      **Troubleshooting**

## Overview

The ADT Motion Sensor for the Self Setup security system helps protect your family by letting you know when movement is detected inside your home. This pet-friendly motion sensor is easy to set up, and you can get instant alerts with our free mobile app.

https://help.adt.com/s/article/ADT-Self-Setup-Motion-Sensor-Model-Number-SSM1R0-29-S